# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**LAVONTE GORDON,**
**D.O.C. # X91877,**

    **Plaintiff,**

vs.                         Case No. 4:18cv424-WS/CAS

**CAPTAIN KNOX, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case in September 2018, by filing a civil rights complaint, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. Plaintiff's motion was granted and pursuant to Plaintiff's Trust Fund Account Statement from the Florida Department of Corrections, Plaintiff was assessed an initial partial filing fee of $3.33 which was required to be paid on or before **November 30, 2018**. ECF No. 4. Plaintiff was also required to sign a Prisoner Consent Form and return it by the same deadline. *Id.*

As of this date, nothing has been received from Plaintiff.  Plaintiff was advised that he was "ultimately responsible for payment of the filing fee, even if the agency having custody over the Plaintiff lapses in its duty to make payments on Plaintiff's behalf."  *Id.*  Furthermore, he was warned that this case would be dismissed if he did not submit the initial partial filing fee. *Id.*  He was also informed that if he lacked "sufficient funds with which to pay the assessed initial partial filing fee, Plaintiff must submit a *current* Trust Fund Account Statement demonstrating how funds have been depleted before the deadline provided herein."  *Id.*  Because Plaintiff has not responded to that Order and has not complied with its requirements, it appears that Plaintiff has abandoned this litigation and this case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and for failure to comply with a Court Order.

**IN CHAMBERS** at Tallahassee, Florida, on December 19, 2018.

  S/    Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:18cv424-WS/CAS

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.